UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY E. HELD, PhD., P.E., | Case No. 11-CV-04017-EDL |
| Plaintiff, | Case Assigned to Hon. Elizabeth D. LaPorte<br>Courtroom F |
| v. | **[PROPOSED] ORDER GRANTING STIPULATION TO REMAND ACTION TO STATE COURT** |
| PETER THOMAS ROTH LABS LLC; and DOES 1-150, inclusive, | |
| Defendants. | Complaint served: July 15, 2011 |

Upon consideration of the Stipulation to Remand Action to State Court filed by Defendant Peter Thomas Roth Labs LLC, it is hereby ORDERED that this action be remanded forthwith to the Alameda County Superior Court.

Dated: September 12, 2011

_____
Hon. Elizabeth D. LaPorte
United States Magistrate Judge

1